# MEMORANDUM DECISIONS.

---

BURLEE DRY DOCK CO. v. MORRIS & CUMMINGS DREDGING CO. (Circuit Court of Appeals, Second Circuit. March 5, 1907.) No. 169. Appeal from the District Court of the United States for the Southern District of New York. Martin A. Ryan, for appellant. Albert A. Wray, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decree (145 Fed. 740) affirmed, with costs.